ORIGINAL

DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
KAMALA BADE MESIK

F I L E D
Clerk
District Court

MAY 25 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **KAMALA BADE MESIK,**<br><br>Plaintiff,<br><br>v.<br><br>**DKK INC. AND KIM HONG KYUN,**<br><br>Defendants. | CIVIL ACTION NO. 07- 0019<br><br><br>**COMPLAINT** |

Plaintiff alleges:

1. This is an action under the Fair Labor Standards Act (29 U.S.C. § 201 et. seq.). This court has jurisdiction pursuant to 28 U.S.C. § 1337. The Court has supplemental jurisdiction under 28 U.S.C. §1367.

2. Plaintiff is Nepalese citizen, presently residing in the CNMI.

3. Plaintiff is informed and believes, and based on such information and belief herein alleges that Defendants DKK Inc. and Kim Hong Kyun are doing business as DKK Poker and existing under the laws of the Commonwealth of the Northern Mariana Islands.

4. Defendant Kim Hong Kyun is the principal DKK Inc. and employer of Plaintiff within the meaning of the Fair Labor Standards Act.

5.  Plaintiff Kamala Bade Mesik was hired on January 16, 2006 by Defendant to work as Cashier at DKK Poker, Koblerville, Saipan, CNMI.

6.  Plaintiff was engaged in, or employed in an enterprise, engaged in commerce within the meaning of 29 U.S.C. sections 203 and 207.

7.  Plaintiff worked numerous periods exceeding more than 40 hours per week.

**FIRST CAUSE OF ACTION**
**FAILURE TO PAY OVERTIME REQUIRED**
**UNDER THE FAIR LABOR STANDARDS ACT**

8.  Plaintiff realleges and incorporates by reference paragraphs 1 through 7 of this complaint.

9.  At all times that Plaintiff was employed by Defendants, Defendants were required to comply with all the provisions of the Fair Labor Standards Act, as amended, (29 U.S.C. § 201 et seq.). This required Defendants to maintain accurate wage and hour records and to pay Plaintiff overtime compensation for hours worked in excess of 40 hours per week at a rate of not less than one and one-half of each Plaintiffs' regular rate of pay.

10. At all times that Plaintiff was employed by Defendants, Defendants knew or should have known of the existence and application of the Fair Labor Standards Act.

11. As part of her employment with Defendants, Plaintiff has been required to work and in fact have worked a substantial amount of time in excess of 40 hours per week. Defendants have not paid Plaintiff all overtime worked by

Plaintiff as required under the Fair Labor Standards Act, in violation of 29 U.S.C. § 207.

12. The exact amount by which Defendants have underpaid Plaintiff is not presently known to them at this time and is subject to proof at the time of trial.

13. Defendants failure to pay the Plaintiff according to law was willful.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray:

1. For unpaid overtime according to proof;

2. For an additional equal amount as liquidated damages;

3. For reasonable attorney's fees;

4. For cost of suit;

5. For such other and further relief as the Court deems just and proper.

Dated this 1st day of May, 2007.

_____
DANILO T. AGUILAR, F0198
Attorney for Plaintiff

3