DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
    Kamala Bade Mesik

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| KAMALA BADE MESIK, | CIVIL ACTION NO. 07-0019 |
|---|---|
| Plaintiff | |
| v. | **REQUEST FOR ENTRY OF DEFAULT** |
| DKK INC. AND KIM HONG KYUN | |
| Defendants | |

Defendant DKK Inc., having failed to appear, moved or otherwise plead to the Complaint in this action, within the time provided by law and as required by the Summons, Plaintiff hereby requests for Entry of Default against the above-named Defendants pursuant to Rule 55 (a) of the Federal Rules of Procedure. The foregoing request is supported by the attached declaration of Plaintiff's counsel.

Dated this 18th day of July, 2007.

                              __/s/Danilo T. Aguilar_____
                              DANILO T. AGUILAR, F0198
                              Attorney for Plaintiff