DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
   Kamala Bade Mesik

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| KAMALA BADE MESIK, | CIVIL ACTION NO. 07-0019 |
|---|---|
| Plaintiff | **SUPPLEMENTAL FILING OF EXHIBIT** |
| v. | |
| DKK INC. AND KIM HONG KYUN | |
| Defendants | |

COMES NOW, Plaintiff Kamala Bade Mesik, by and through undersigned counsel, hereby submits a copy of a letter sent to Mr. Kim, Hong Kyun on June 07, 2007, as *Exhibit "B"*. This is in support of the Request for Entry of Default filed on June 18, 2007.

Dated this 19th day of July, 2007.

_____
DANILO T. AGUILAR, F0198
Attorney for Plaintiff

Law Offices of
# DANILO T. AGUILAR
FIRST FLOOR SAN JOSE COURT BLDG.
COR. GHIYEGHI ST. & WISCHIRA WY
P.O. Box 505301, SAN JOSE
SAIPAN, MP 96950

Danilo T. Aguilar *

Tel: (670) 234-8801
Fax: (670) 234-1251
E-mail: dan_aguilar1@yahoo.com
aguilar@pticom.com

June 7, 2007

**VIA HAND DELIVERY
AND U.S. MAIL**
Kim, Hong Kyun
Manager
DKK, Inc.
P.O. Box 504345
Saipan, MP 96950

RE:  Kamala Bade Mesik vs. DKK, Inc. and Kim, Hong Kyun,
     Civil Case No. 07-0019

Dear Mr. Kim,

I am in receipt of your letter dated June 02, 2007. Mr. Kim, I suggest that you should retain an attorney and file an answer to the United States District Court as stated in the summons served to you by our office.

If you have any further questions, please do not hesitate to contact me at your convenience.

Very truly yours,

Danilo T. Aguilar

* Licensed to practice before the Courts of the CNMI, Guam and Hawaii

Guam Office: c/o Law Offices of Bronze and Tang • Suite 107-C, J & G Commercial & Professional Center •
138 East Marine Corps. Drive • Hagatña, Guam 96910
Tel: (671) 477-2392 • Fax (671) 477-2394

EXHIBIT B