F I L E D
Clerk
District Court

24 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| KAMALA BADE MESIK, | ) | CIVIL ACTION No. 07-0019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ENTRY OF DEFAULT AS |
| | ) | TO ALL DEFENDANTS |
| DKK INC. and KIM HONG KYUN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

BASED UPON the record herein, Fed.R.Civ.P. 4(h), 4 N.Mar.I. Code § 4334, and Fed.R.Civ.P. 55(a),

NOTICE IS HEREBY GIVEN that default is entered this day against defendants DKK Inc. and Kim Hong Kyun.

DATED this 24th day of July, 2007.

GALO L. PEREZ
Clerk of Court

AO 72
(Rev. 08/82)