1  DANILO T. AGUILAR
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Wy
   Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251

Attorney for Plaintiff
        KAMALA BADE MESIK

# IN THE UNITED STATES DISTRICT COURT

# OF THE

# NORTHERN MARIANA ISLANDS

| KAMALA BADE MESIK | |
|---|---|
| Plaintiff, | CIVIL ACTION NO. 07-0019 |
| v. | **REQUEST FOR DEFAULT JUDGMENT AND DEFAULT JUDGMENT HEARING** |
| DKK INC. AND KIM HONG KYUN, | |
| Defendants | |

Pursuant to Federal Rules of Civil Procedure 55(b)(2), and with a default having already been entered by this Court, Plaintiff Kamala Bade Mesik, Inc. hereby requests that default judgment is entered against Defendant DKK Inc., for a sum to be determined at a hearing. This request is supported by the attached Declaration of Plaintiff's Counsel and the records and files of this case.

Dated this 14th day of November, 2007.

_____/s/*Danilo T. Aguilar*_____
DANILO T. AGUILAR, F0198
Attorney for Plaintiff