DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
        Kamala Bade Mesik

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, | CIVIL ACTION NO. 07-0019 |
| Plaintiff | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
| DKK INC. AND KIM HONG KYUN | |
| Defendants | |

I, Danilo T. Aguilar, hereby depose and say:

1.     I am a duly licensed attorney and I am admitted to practice before all courts of the CNMI;

2.     I am counsel for the named Plaintiff in the above-entitled matter;

3.     On or about July 18, 2007, Plaintiff through counsel requested for an entry of default against Defendants.

4.     On or about July 24, 2007, an Entry of Default as to all Defendants was entered by this court.

5.    It's been several months since the entry of default and Plaintiff's counsel has not heard from the Defendants.

6.    Defendants were given a reasonable period of time but have not filed anything with the Clerk of Court of the United States District Court. I believe that a default judgment is proper on this matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and to the best of my knowledge.

Declarant sayeth naught.

Executed this 14th day of November 2007 at Saipan, CNMI.


___/s/*Danilo T. Aguilar*_____
DANILO T. AGUILAR,
Declarant

2