1  DANILO T. AGUILAR
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Bldg.
3  Cor. Ghiyeghi St. & Wischira Wy
   Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251
5
   Attorney for Plaintiff
6       KAMALA BADE MESIK

7
            **IN THE UNITED STATES DISTRICT COURT**
8
                          **OF THE**
9
            **NORTHERN MARIANA ISLANDS**
10

11 KAMALA BADE MESIK
                Plaintiff,              CIVIL ACTION NO. 07-0019
12
              v.
13                                            **NOTICE OF**
                                   **DEFAULT JUDGMENT HEARING**
14 DKK INC. AND KIM HONG KYUN,

15          Defendants

16

17         Please take notice that on <u>December 13, 2007, at 9:00 a.m</u>., Plaintiff's

18 **Request for Default Judgment** shall come on for hearing in Courtroom _____.

19         Dated. _____.

20

21

22

23                              _____
                                       Clerk of Court

24

25

26

27

28