F I L E D
Clerk
District Court

NOV 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, ) | Civil No. 07-0019 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SETTING DEFAULT |
| ) | JUDGMENT HEARING |
| DKK, INC. and ) | |
| KIM HONG KYUN, ) | |
| ) | |
| Defendants ) | |

IT IS ORDERED that a default judgment hearing as to defendant DKK, Inc. be and hereby is set for **Monday, November 19, 2007, at 9:00 a.m.**

DATED this 16th day of November, 2007.

*Alex R. Munson*
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)