DANILO T. AGUILAR
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Bldg.
Cor. Ghiyeghi St. & Wischira Wy
Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
    KAMALA BADE MESIK

**IN THE UNITED STATES DISTRICT COURT**

**OF THE**

**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| KAMALA BADE MESIK<br>    Plaintiff,<br><br>v.<br><br>DKK INC. AND KIM HONG KYUN,<br><br>    Defendants | CIVIL ACTION NO. 07-0019<br><br>**PLAINTIFF'S STATEMENT OF DAMAGES AGAINST DEFENDANT DKK INC.** |

    COMES NOW Plaintiff through counsel hereby submits to this court the Statement of Damages that is due to the Plaintiff as follows:

**Unpaid Overtime**

    Unpaid overtime covering the period of February 28, 2006 through March 26, 2007 is in the amount of $2,434.41.

**Liquidated Damages**

    Liquidated damages for the unpaid overtime in the amount of $2,434.41.

**Unpaid Regular Time**

    Unpaid regular time covering the period of March 13, 2007 to April 05, 2007 is in the amount of $420.00

**Attorney's Fees and Costs**

Attorney's fees and costs incurred in the amount of $1,458.41.

The total amount for the above statement of damages is $6,747.23.

Respectfully submitted this 16th day of November, 2007.

          ___/s/*Danilo T. Aguilar*_____
          DANILO T. AGUILAR, F0198
          Attorney for Plaintiff

2