# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CV-07-0019                                                                                November 19, 2007
                                                                                                      9:00 a.m.

**KAMALA BADE MESIK -v- DKK, INC. and KIM HONG KYUN**

PRESENT:   Hon. Alex R. Munson, Chief Judge Presiding
           Abigail Robinson, Law Clerk
           Faye Crozat, Court Reporter
           K. Lynn Lemieux, Courtroom Deputy
           Danilo Aguilar, Attorney for Plaintiff

PROCEEDINGS:   DEFAULT JUDGMENT HEARING

   Plaintiff was represented in court by Attorney Danilo Aguilar . No one was present on behalf of Defendants.

   Attorney Aguilar offered Exhibit #1 (Damages). Court received the exhibit.

   Attorney Aguilar stated that his client was ill at this time and unable to come to the Court. Court stated that this hearing would be continued until she was able to appear.

                                                                     Adjourned 9:10


                                                                     /s/ K. Lynn Lemieux, Courtroom Deputy