FILED
Clerk
District Court

NOV 19 2007

IN THE UNITED STATES DISTRICT COURT

For The Northern Mariana Islands
By_____
(Deputy Clerk)

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, | Civil Action No. 07-0019 |
| Plaintiff, | |
| v. | **ORDER ACKNOWLEDGING HEARING ON PLAINTIFF'S STATEMENT OF DAMAGES** |
| DKK INC., et al., | |
| Defendants. | |

THIS MATTER came before the Court on Monday, November 19, 2007 for hearing on Plaintiff's statement of damages against Defendant DKK, Inc. Plaintiff appeared through her attorney Danilo T. Aguilar. Mr. Aguilar apprized the Court that the Plaintiff was unexpectedly ill and was unable to make a personal appearance. As such, Mr. Aguilar requested that the hearing be rescheduled to a later date after he is able to determine that the Plaintiff is well enough to come before the Court and testify to the amount of damages she has suffered. The Court hereby GRANTS the request.

**IT IS SO ORDERED.**

Dated:     November 19, 2007

/s/ Alex R. Munson
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)