```
MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:  (670) 233-8600
Facsimile:  (670) 233-5262
E-mail:     mark@saipanlaw.com
```

Attorney for *Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, | ) CASE NO. CV 07-0019 |
| Plaintiff, | ) |
| vs. | ) DECLARATION OF |
| DKK INC. and KIM HONG KYUN, | ) KIM HONG KYUN |
| Defendants. | ) Date: |
| | ) Time: |
| | ) Judge: Hon. Alex R. Munson |

I, Kim Hong Kyun, do hereby declare as follows:

1. I am competent to testify, and if called to testify, I would do so in accord herewith.

2. I am named as a defendant in this case.

3. I am also the General Manager of DKK Inc. which is also named as a defendant in this case.

4. I have never been served with any documents in this case.

5. I came to hear about this case from an employee of a sister company of DKK Inc. named Adonis Munez.

6. Adonis Munez is a poker attendant at DK Poker, a gaming arcade owned by DKK Inc.

7. Kamala Mesik used to work at DK Poker.

8. Apparently, while Adonis Munez was at DK Poker, he was given a copy of documents related to this case which he later gave to me.

9. Adonis Munez does not live with me nor was he even at my residence when someone gave him documents related to this case. He was at the poker arcade.

1  10. Adonis Munez does not work for DKK, Inc., nor is he an officer, director, managing or general agent or the resident agent for service of process of DKK, Inc.

11. I also have come to understand that an individual named Jin Guang Ri was given copies of documents related to this case.

12. Jin Guang Ri does not work for DKK, Inc., nor is he an officer, director, managing or general agent or the resident agent for service of process of DKK, Inc.

13. Jin Guang Ri is an employee of a company named P&A Corporation. Jing Guang Ri is an attendant at a laundromat owned and operated by P&A Corporation.

14. It appears that Jin Guang Ri, while working at the laundromat, may have received some documents related to this case though neither myself nor anyone at DKK, Inc. ever received any documents from Jin Guang Ri.

15. No officer or director or managing or general agent of DKK, Inc., nor the registered agent for service of process for DKK, Inc., has been served with any documents in this case.

16. A true and correct copy of DKK, Inc.'s 2007 Annual Report filed with the CNMI Registrar of Corporations on May 21, 2007 is attached hereto as Exhibit "A."

17. The statements made in DKK, Inc.'s 2007 Annual Report continue to be true and correct to-date.

18. Neither Adonis Munez nor Jin Guang Ri were authorized by me or DKK, Inc. to receive service of process on our behalf in this or any matter.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my information and belief and that this Declaration is executed this 21st day of November, 2007 in Saipan, Commonwealth of the Northern Mariana Islands.

KIM HONG KYUN

## ANNUAL CORPORATION REPORT

Filing Fee $50.00 / Make Check Payable to: CNMI TREASURER
File Original and Two Copies

FILING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED ON OR BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Department of Commerce
2nd Floor, Joeten Dandan Building Room 27
Caller Box 10007
Saipan, MP 96950

**FILED** at the OFFICE of the ATTORNEY GENERAL
DATE: 5-21-07
TIME: 3:00 AM/PM
BY: [signature]
REGISTRAR OF CORPORATIONS
Commonwealth of the Northern Mariana Islands

COPY

INITIAL REPORT: _____   REPORT FOR THE YEAR  2007
CHECK ONE:   ( X ) Domestic Corporation   (   ) Foreign Corporation

---

**Name, Mailing Address & Telephone No. of Corporation:**
D.K.K. INC.
PMB 214 BOX 10005
SAIPAN MP 96950

Telephone Number: 235-3135

**Name, Mailing Address & Telephone No. of Registered Agent:**
PARK, YONG WOONG
P.O. BOX 504345 CK
SAIPAN MP 96950

Telephone Number: 234-5700

**LIST OF DIRECTORS:**

| Name | Nationality | Address |
|---|---|---|
| KIM, DO YI | KOREAN | PMB 214 BOX 10005 SAIPAN MP 96950 |
| PARK, YONG WOONG | KOREAN | P.O. BOX 504345 CK SAIPAN MP 96950 |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| KIM, DO YI | PRESIDENT/TREASURER | KOREAN | -same as above- |
| PARK, YONG WOONG | VICE-PRES/SECRETARY | KOREAN | -same as above- |

**DESCRIPTION OF BUSINESS ACTIVITIES** - List all lines of business:
AMUSEMENT CENTER: POKER, LAUNDROMAT, FARMING

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 200,000 shares | COMMON STOCK | $ 200,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARES HELD |
|---|---|---|---|
| KIM, DO YI | ON-ISLAND | KOREAN | 200,000 shares |

Date: MAY 21, 2007

Signature: [signature]
PARK, YONG WOONG / VICE-PRES/SECRETARY
PRINT NAME & TITLE OF PERSON SIGNING
(Must be Director or Officer of the Corporation.)



EXHIBIT A