AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

District of the Northern Mariana Islands

KAMALA BADE MESIK

V.

DKK INC. AND KIM HONG KYUN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-0019

TO: (Name and address of Defendant)

KIM HONG KYUN
P.O. BOX 504345 CK
SAIPAN MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANILO T. AGUILAR
LAW OFFICES OF DANILO T. AGUILAR
P.O. BOX 505301, SAIPAN MP 96950
FIRST FLOOR, SAN JOSE COURT BLDG.
COR. GHIYEGHI ST. & wischira way
SAN JOSE, SAIPAN

an answer to the complaint which is herewith served upon you, within __TWENTY__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(By) DEPUTY CLERK

MAY 25 2007

DATE

**EXHIBIT B**

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/30/07 |
| NAME OF SERVER (PRINT) JAVIER M. ATALIG JR. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ADONIS E. MUÑEZ

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $20.00 | TOTAL $20.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/31/07
Date

Signature of Server

P.O. Box 505301, Saipan MP 96950
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT B**