1  MARK B. HANSON, ESQ.
   Second Floor, Macaranas Building
2  PMB 738 P.O. Box 10,000
   Saipan, Mariana Islands 96950
3  Telephone:   (670) 233-8600
   Facsimile:   (670) 233-5262
4  E-mail:      mark@saipanlaw.com

5  Attorney for *Defendants*

6  **IN THE UNITED STATES DISTRICT COURT**
7  **FOR THE NORTHERN MARIANA ISLANDS**

8  KAMALA BADE MESIK,                      ) CASE NO. CV 07-0019
                                            )
9                  Plaintiff,               )
            vs.                             ) NOTICE OF HEARING ON
10                                          )   MOTION TO DISMISS
   DKK INC. and KIM HONG KYUN,              )
11                                          )
                   Defendants.              )
12                                          ) Date: Thursday, January 3, 2008
                                            ) Time: 9:30 a.m.
13                                          ) Judge: Hon. Alex R. Munson

14          PLEASE TAKE NOTICE THAT, Defendants DKK, INC. and KIM HONG KYUN, by

15  and through their counsel, Mark B. Hanson, have and do hereby move the Court to Dismiss

16  Plaintiff's Complaint and that a hearing on Defendants' Motion will be held on **Thursday,**

17  **January 3, 2008 at 9:30 a.m.** in the above-entitled Court located in Susupe, Saipan,

18  Commonwealth of the Northern Mariana Islands.

19

20          DATED this 27th day of November, 2007.

21

22                                          /s/ Mark B. Hanson

23                                          MARK B. HANSON

24                                          Second Floor, Macaranas Building
                                            PMB 738 P.O. Box 10,000
25                                          Saipan, Mariana Islands 96950
                                            Telephone:   (670) 233-8600
26                                          Facsimile:   (670) 233-5262
                                            E-mail:      mark@saipanlaw.com
27
                                            Attorney for *Defendants*
28