FILED
Clerk
District Court

DEC - 3 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DKK, INC. and ) <br> KIM HONG KYUN, ) <br> ) <br> Defendants ) <br> _____ ) | Civil No. 07-0019 <br><br> ORDER RE-SETTING <br> HEARING ON DEFENDANTS' <br> MOTION TO DISMISS |

BASED UPON attorney Aguilar's off-island notice, and good cause appearing therefrom,

IT IS ORDERED that the hearing on defendants' motion to dismiss the complaint be and hereby is moved from January 3, 2008, to **Thursday, January 10, 2008, at 9:00 a.m.**

DATED this 3rd day of December, 2007.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)