# DKK INC.
P.O. BOX 504345 CK, SAIPAN MP 96950
Tel# 234-5700    Fax# 234-5702

June 2, 2007

Danilo T. Aguilar
Attorney at Law
P.O. Box 505301 San Jose
Saipan, MP 96950

RE:     CASE NUMBER 07-0019

Dear Sir,

I, **KIM, HONG KYUN**, manager of DKK INC. inform to your office as follows:

1. Our company is engaged in a poker shop operating 24 hours within 7 days a week and with 3 (three) employees. But our employees want extra job so they decided to make a settlement with us that they are willing to work for an additional of 4 hours overtime daily without pay in order for them to work for Saturdays and Sundays overtime; and with 2 (two) employees only to work instead of 3 (three) because they want additional money and they are willing for 12 hours workload daily. We accepted and agreed to their settlement with us because there is no difference if we have 2 (two) instead of 3 (three) employees in a poker shop. The amount of salary that we will give to them is still the same and we want also our employees to earn extra income. Based on the time sheet, the employees have 80 regulars hours multiply by $3.05 rate and 32 hours overtime multiply by $4.575 overtime rate.

2. Ms. Mesik practice tardiness in her work and sometimes drunk when performing her duties.

3. According to Ms. Mesik and with her stories to her co-employees, she bought her IR (Immediate Resident) status so her IR is illegal or fraud so we decided to release her so to avoid in any problem that will arise with her status and in order for her to find another job.

Hope to hear from you soonest.

Respectfully Yours,

**KIM, HONG KYUN**
Manager

EXHIBIT 1

**Law Offices of**
# DANILO T. AGUILAR
FIRST FLOOR SAN JOSE COURT BLDG.
COR. GHIYEGHI ST. & WISCHIRA WY
P.O. Box 505301, SAN JOSE
SAIPAN, MP 96950

Tel: (670) 234-8801
Fax: (670) 234-1251
E-mail: dan_aguilar1@yahoo.com
aguilar@pticom.com

Danilo T. Aguilar *

June 7, 2007

**VIA HAND DELIVERY
AND U.S. MAIL**
Kim, Hong Kyun
Manager
DKK, Inc.
P.O. Box 504345
Saipan, MP 96950

RE: **Kamala Bade Mesik vs. DKK, Inc. and Kim, Hong Kyun,
Civil Case No. 07-0019**

Dear Mr. Kim,

I am in receipt of your letter dated June 02, 2007. Mr. Kim, I suggest that you should retain an attorney and file an answer to the United States District Court as stated in the summons served to you by our office.

If you have any further questions, please do not hesitate to contact me at your convenience.

Very truly yours,

Danilo T. Aguilar

**EXHIBIT 2**

* Licensed to practice before the Courts of the CNMI, Guam and Hawaii

Guam Office: c/o Law Offices of Bronze and Tang • Suite 107-C, J & G Commercial & Professional Center •
138 East Marine Corps. Drive • Hagatña, Guam 96910
Tel: (671) 477-2392 • Fax: (671) 477-2394

**Law Offices of**
# DANILO T. AGUILAR
FIRST FLOOR SAN JOSE COURT BLDG.
COR. GHIYEGHI ST. & WISCHIRA WY
P.O. Box 505301, SAN JOSE
SAIPAN, MP 96950

Tel: (670) 234-8801
Fax: (670) 234-1251
E-mail: dan_aguilar1@yahoo.com
aguilar@pticom.com

Danilo T. Aguilar *

November 14, 2007

**VIA FACSIMILE**
**(670) 233-5262**

**MARK B. HANSON**
Attorney at Law
PMB 738, P.O. Box 10000
Saipan MP 96950

        **RE:   Kamala Bade Mesik vs. DKK Inc. et. al.; Civil Case No. 07-0019; Follow-up on the Proposed Settlement of Claims**

Dear Mark:

      I've been advised by Randy from US District Court to keep this case moving. I sent you a settlement letter on November 02, 2007 but I have not heard your client position. If you have a counter – offer, please let me know at your earliest convenient. In the meantime, I will request for a default hearing probably on December 13, 2007.

      If you have any further questions, please do not hesitate to e-mail me or contact me at the information stated above at your utmost convenience.

Very truly yours,

*[signature]*
Danilo T. Aguilar

**EXHIBIT 3**

* Licensed to practice before the Courts of the CNMI, Guam and Hawaii

Guam Office: c/o Law Offices of Bronze and Tang • Suite 107-C, J & G Commercial & Professional Center •
138 East Marine Corps. Drive • Hagatña, Guam 96910
Tel: (671) 477-2392 • Fax (671) 477-2394

**Law Offices of**
# DANILO T. AGUILAR
FIRST FLOOR SAN JOSE COURT BLDG.
COR. GHIYEGHI ST. & WISCHIRA WY
P.O. Box 505301, SAN JOSE
SAIPAN, MP 96950

Tel: (670) 234-8801
Fax: (670) 234-1251
E-mail: dan_aguilar1@yahoo.com
aguilar@pticom.com

Danilo T. Aguilar *

November 14, 2007

**VIA FACSIMILE**
**(670) 233-5262**

**FOR SETTLEMENT PURPOSES ONLY**

**MARK B. HANSON**
Attorney at Law
PMB 738, P.O. Box 10000
Saipan MP 96950

      RE:    Kamala Bade Mesik vs. DKK Inc. et. al.; Civil Case No. 07-0019; Response to Your Proposed Settlement of Claims

Dear Mark:

      I am rather disturbed as to the tone of your letter and the threats of your client to bring forth criminal charges against my client. In some cases, such threats provide a basis of bring forth a retaliation claim against your client.

      We will not move to vacate the default and based on my research, your client will not receive attorney's fees for filing such a motion. In addition, I do not believe that your client's motion to set aside the default will be granted as to DKK, Inc. Please note that I have not sought a default against Mr. Kim, but only as to DKK, Inc. I spoke to the process server, Javier Atalig, who told me he served a person who identified himself as the "project manager". That person would constitute a managing agent and the case law supports a finding of service where such person identifies himself as such.

      As for your assertion that we would not be able to claim attorney's fees if this matter were litigated, I simply disagree with you and will let the court decide the issue. Is your client prepared to an amount that is double or triple the amount that is currently sought? Remember, I have no problems taking an FLSA case all the way to trial and losing because no attorney's fees can be recovered from the Plaintiff. However, attorney's fees can be recovered from an erring defendant.

      You asked for an offer and we provided one based upon the records of my client. It was my assumption that your client will make a reasonable offer and it appears that may be more than a "pipedream" at this point in time. I will forward your counter-offer to Ms. Mesik and will await her answer. If she is inclined to accept the offer, than I will contact you again. In

* Licensed to practice before the Courts of the CNMI, Guam and Hawaii

Guam Office: c/o Law Offices of Bronze and Tang • Suite 107-C, J & G Commercial & Professional Center •
138 East Marine Corps. Drive • Hagatña, Guam 96910
Tel: (671) 477-2392 • Fax (671) 477-2394


EXHIBIT 4

the meantime, the hearing for the default judgment hearing is being scheduled for December 13, 2007.

Nothing contained herein is to be construed as an admission of fact or law and is stated only for settlement purposes.

If you have any further questions, please do not hesitate to e-mail me or contact me at the information stated above at your utmost convenience.

Very truly yours,

Danilo T. Aguilar