FILED
Clerk
District Court

JAN 03 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, ) | Civil No. 07-0019 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SETTING |
| ) | SETTLEMENT CONFERENCE |
| DKK, INC. and ) | |
| KIM HONG KYUN, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

IT IS ORDERED that a settlement conference will be held in this matter beginning at 8:00 a.m., Thursday, January 10, 2008. Hearing of defendants' motion to dismiss will proceed after the settlement conference, if necessary.

DATED this 3rd day of January, 2008.

*Alex R. Munson*

ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)