1  DANILO T. AGUILAR, F0198
   Attorney at Law
2  P.O. Box 505301
   First Floor, San Jose Court Building
3  Cor. Ghiyeghi St. & Wischira Way
   San Jose, Saipan, MP 96950
4  TELEPHONE: (670) 234-8801
   FAX: (670) 234-1251

   Attorney for Plaintiff
        Kamala Bade Mesik

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| KAMALA BADE MESIK, | CIVIL ACTION NO. 07-0019 |
|---|---|
| Plaintiff | |
| v. | **DECLARATION OF DANILO T. AGUILAR IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO STRIKE.** |
| DKK INC. AND KIM HONG KYUN | |
| Defendants | |

I, Danilo T. Aguilar, declare as follows:

1. Unless otherwise stated, I have personal knowledge of each of the facts set forth below;

2. I am counsel of record for Plaintiff Kamala Bade Mesik in the above entitled matter;

3. I was working on the preparation of the opposition brief and declaration and completed these by December 13, 2007. I later found out in the afternoon that Mr. Atalig was not on island to complete his declaration;

4. I found out that Mr. Atalig left to Guam the day before, thus I was unable to file the completed opposition brief without the declaration of Mr. Atalig on December 13, 2007.

5. On December 14, 2007, I had to appear on 2 sentencing hearings before the United States District Court that took most of my time in the morning;

6. I was able to contact Mr. Atalig on the afternoon of December 14, 2007 and he indicated that he won't return to the island not until the following week;

7. I left the office on December 15, 2007 for a 3 week Christmas vacation which was planned and scheduled several months ago;

8. It was only after Mr. Atalig finally signed the declaration on December 21, 2007 that my staff was able to file my opposition brief with the supporting declaration from Mr. Atalig.

I declare under penalty of perjury under the laws of the United States and the laws of the Commonwealth of the Northern Mariana Islands that the foregoing is true and correct, and that I executed this Declaration on this 9th day of January, 2008.

      /s/*Danilo T. Aguilar*
**DANILO T. AGUILAR, ESQ.**
Declarant