DANILO T. AGUILAR, F0198
Attorney at Law
P.O. Box 505301
First Floor, San Jose Court Building
Cor. Ghiyeghi St. & Wischira Way
San Jose, Saipan, MP 96950
TELEPHONE: (670) 234-8801
FAX: (670) 234-1251

Attorney for Plaintiff
    Kamala Bade Mesik

IN THE UNITED STATES DISTRICT COURT

OF THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, | CIVIL ACTION NO. 07-0019 |
| Plaintiff | |
| v. | **DECLARATION OF JAVIER M. ATALIG JR.** |
| DKK INC. AND KIM HONG KYUN | |
| Defendants | |

I, Javier M. Atalig, Jr. hereby depose and say:

1. I am of legal age and not a party in the above-entitled matter;

2. I work as a process server for several people both in the CNMI and Guam;

3. On December 12, 2007, I went to Guam to conduct investigative work for several attorneys and had to leave after a few hours notice;

4. I knew prior to my off-island trip that I needed to prepare a declaration with regards to the service I made to DKK Poker and Mr. Kim Hong Kyun;

5. But at those times I was really tied up with my other investigative work that I was not able to prepare my declaration prior to leaving island;

6. On the evening of December 20, 2007, I arrived back on Saipan from my off-island trip;

7. It was on December 21, 2007 that I was able to prepare my Declaration and submit it to the Law Offices of Danilo T. Aguilar for e-filing;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and to the best of my knowledge. Declarant sayeth naught.

Executed this _____ day of January 2008 at Saipan, CNMI.

_____
JAVIER M. ATALIG JR.