MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-mail:      mark@saipanlaw.com

Attorney for **Defendants**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, | CASE NO. CV 07-0019 |
| Plaintiff, | |
| vs. | STIPULATED DISMISSAL |
| DKK INC. and KIM HONG KYUN, | |
| Defendants. | |

On January 15, 2008, following a settlement conference held with the Court on January 10, 2008, the parties entered into a Stipulated Settlement of Plaintiff's claims in the above-referenced action. There terms and conditions of the Stipulated Settlement are set forth therein and a true and correct copy of the fully executed Stipulated Settlement is attached hereto.

Accordingly, the parties, by and through their respective attorneys, and in accord with the Stipulated Settlement, hereby agree to dismiss, with prejudice, Plaintiff's claims in the above-captioned case. Further, the parties request hereby that the Court issue an order approving the attached Stipulated Settlement between the parties and dismissing this case with prejudice.

SO STIPULATED this 16th day of January, 2008.

_____
DANILO T. AGUILAR
Attorney for Plaintiff

_____
MARK B. HANSON
Attorney for Defendant