FILED
Clerk
District Court

JAN 17 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAMALA BADE MESIK, ) | Civil No. 07-0019 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER APPROVING |
| ) | SETTLEMENT AGREEMENT, |
| DKK, INC. and ) | DISMISSING WITH PREJUDICE, |
| KIM HONG KYUN, ) | and CLOSING FILE |
| ) | |
| Defendants ) | |
| _____) | |

BASED UPON the settlement agreement of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the January 14, 2008, settlement agreement entered into by the parties be and hereby is approved and this lawsuit is dismissed with prejudice; and,

IT IS FURTHER ORDERED that this file be and hereby is closed. Any and all pending matters are dismissed as moot.

DATED this 17th day of January, 2008.

                                    _/s/ Alex R. Munson_
                                    ALEX R. MUNSON
                                    Judge

2